UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
VW CREDIT LEASING, LTD.,                                    :
                                                            :
                              Plaintiff,                    :
                                                            :          23-CV-856 (VSB)
              -against-                                     :
                                                            :             **ORDER**
                                                            :
THE CITY OF NEW YORK, and BREEN                             :
BROTHERS TOWING INC.,                                       :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, District Judge:

      On May 14, 2024, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby:

      ORDERED that the parties file their opening briefs, not to exceed 35 pages, by June 28, 2024; their oppositions, not to exceed 35 pages, by August 16, 2024; their replies, not to exceed 20 pages, by September 13, 2024; and their final replies, not to exceed 20 pages, by October 4, 2024.

SO ORDERED.

Dated: May 15, 2024
       New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge