> APPLICATION GRANTED
> SO ORDERED /s/
> VERNON S. BRODERICK
> U.S.D.J.  04/04/2025
>
> The status letter deadlines are adjourned to May 8, 2025 as set forth below.
>
> The telephonic conference previously scheduled for April 8, 2025 is ADJOURNED to May 15, 2025 at 2:00pm. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID. As the parties indicate, case No. 22-cv-3210 is within the scope of the conference, and the pre-conference letter now due May 15, 2025 shall discuss the impact of Mercedes-Benz on Nos. 21-cv-8529, 22-cv-2310, and 23-cv-856.
>
> The Clerk of Court is respectfully directed to docket this order in the four cases listed below.

Re:   Mercedes-Benz Financial Services v. City of New York et al. 21-cv-3908 (VSB)
      Santander Consumer USA, Inc. v. City of New York et al., 21-cv-8529 (VSB)
      VW Credit Leasing Ltd. v. City of New York et al., 23-cv-856 (VSB)
      VW Credit, Inc. v. City of New York et al., 22-cv-2310 (VSB)

Dear Judge Broderick:

    This office represents defendant City of New York in the above-referenced actions. I write to request that the Court adjourn and align the deadlines in Mercedes-Benz, Santander Consumer, and VW Credit, Inc., and further schedule case management conferences in the four above-referenced actions in May 2025 or at a time thereafter that is convenient to the Court.

    In these actions, plaintiffs are challenging the tow procedures of the City's Department of Finance ("DOF") and the New York Police Department ("NYPD"). On March 11, 2025, the Court issued an Opinion & Order in Mercedes-Benz finding that DOF tow procedures violated procedural due process and ordering the parties to submit a letter to the Court by April 10, 2025 regarding a proper remedy and compensatory damages, if any. On March 27, 2025, the Court issued an Order in Santander Consumer and VW Credit, Inc., ordering that the parties submit a joint letter by April 7, 2025 on the impact, if any, of the Mercedes-Benz Order on this case and to participate in an April 8, 2025 conference.

    The parties need additional to time to discuss outstanding matters in all these actions. New counsel will also be representing the City in these actions. Accordingly, and with the consent of plaintiffs' counsel, I request that the deadlines for submitting the letters in Mercedes-Benz, Santander Consumer, and VW Credit, Inc. be adjourned until May 8, 2025 and that the Court schedule case management conferences in the four above-referenced actions during the week of May 12, 2025 or at a time thereafter that is convenient to the Court.

                                          Respectfully,

                                          */s/ Edward L. Murray*

                                          Edward L. Murray
                                          Assistant Corporation Counsel

cc:      All counsel via ECF